Filing # 116505104 E-Filed 11/11/2020 02:38:31 PM

IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT
IN AND FOR CITRUS COUNTY, FLORIDA
CIVIL DIVISION

BRIAN MELBY,

    Plaintiff,

v.                                                        CASE NO.:

WAL-MART STORES EAST, LP
a foreign limited partnership,

    Defendant.
_____/

## COMPLAINT

The Plaintiff, BRIAN MELBY, by and through his undersigned attorney, sues the Defendant, WAL-MART STORES EAST, LP, a foreign limited partnership, (hereinafter referred to as "WAL-MART") and alleges:

1.     This is an action for damages that exceed Thirty Thousand Dollars ($30,000.00).

2.     The Defendant WAL-MART is, and was at all times material to the matters alleged in this Complaint, a limited partnership organized and existing under the laws of the State of Delaware, and authorized to transact business in this State by the State of Florida, Department of State, and doing so.

3.     At all times material to the matters alleged in this Complaint, the Defendant WAL-MART operated, conducted, engaged in and carried on a business in the State of Florida, to wit: the ownership and operation of a supermarket store for the sale to the general public of groceries, merchandise and other goods which store is located at 6885 S. Suncoast Boulevard, Homosassa, Citrus County, Florida (hereinafter referred to in this Complaint as "the Store"). Furthermore, at all times material to the matters alleged in this Complaint, the Defendant WAL-MART possessed,

[18-PI-0305/2497055/1]

managed and controlled the Store premises, as well as the business activities conducted thereon.

4. On or about December 12, 2019, the Plaintiff, BRIAN MELBY, was walking from the parking lot of the Store to the store entrance upon a concrete sidewalk which was available for customer pedestrian traffic. At that time and place, a section of the concrete sidewalk was raised and elevated causing the surface of the concrete sidewalk to be uneven creating a tripping hazard for customers walking on the sidewalk. The raised sidewalk caused the Plaintiff to trip and fall.

5. In operating and conducting its business at the Store and allowing the uneven sidewalk to exist, the Defendant WAL-MART negligently:

A. Failed to use reasonable care in maintaining the Store premises in a reasonably safe condition;

B. Failed to repair and remedy the uneven sidewalk before it posed a hazard and dangerous condition to invitees of the Store;

C. Failed to warn the Plaintiff of an inherently dangerous condition of which the Defendant either knew or should have known, and which was unknown to the Plaintiff and could not be discovered or anticipated by him through the exercise of reasonable care;

D. Failed to take proper and timely actions to reduce, minimize or eliminate foreseeable risks before they manifested themselves as particularly dangerous conditions on the premises, and thus, selected, employed and utilized a negligent mode of operation for the maintenance and inspection of the walkway to the Store that resulted in the creation of a dangerous or unsafe condition;

E. Failed to make timely and periodic inspections of the premises of the sidewalk, and failed to have reasonable policies and procedures in effect for conducting such inspections; and

F. Created or allowed a dangerous condition to exist on its Store premises, to wit: uneven

sidewalk where invitees were allowed to walk upon.

6. The negligent and dangerous condition was known to the Defendant, or had existed for such a length of time so that, in the exercise of ordinary care, the Defendant should have known of it, or the condition occurred with regularity and was therefore foreseeable, and Defendant should have taken action to remedy it.

7. As a result of the negligence of the Defendant, the Plaintiff, BRIAN MELBY, fell and suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, the Plaintiff, BRIAN MELBY demands judgment for damages against the Defendant, WAL-MART STORES EAST, LP, a foreign limited corporation, and demands trial by jury.

/s/ *Stephen H. Haskins*
STEPHEN H. HASKINS, ESQUIRE
Florida Bar No.: 0299790
**THE LAW OFFICES OF LUCAS | MAGAZINE, PLLC**
8606 Government Drive
New Port Richey, FL 34654
727-849-5353 [Tel]
727-845-7949 [Fax]
Attorneys for Plaintiff
**Service email only:** lucasmagazine@lucasmagazine.com
**Secondary email:** rsayers@lucasmagazine.com

[18-PI-0305/2497055/1]

Filing # 116505104 E-Filed 11/11/2020 02:38:31 PM

IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT
IN AND FOR CITRUS COUNTY, FLORIDA
CIVIL DIVISION

BRIAN MELBY,

    Plaintiff,

v.    CASE NO.: 2020 CA 000629 A

WAL-MART STORES EAST, LP
a foreign limited partnership,

    Defendant.

_____/

TIME: 2:30 pm
DATE: 11/20/2020
SERVER: WJS
ID #: 1547

**SUMMONS**
THE STATE OF FLORIDA
To each Sheriff of Said State:

**YOU ARE HEREBY COMMANDED** to serve this summons, a copy of the Complaint and Request for Production to Defendant Regarding Video Surveillance in this action on defendant:

**WAL-MART STORES EAST, LP**
**c/o Registered Agent**
**CT corporation System**
**1200 South Pine Island Road**
**Plantation, FL 33324**

Each defendant is required to serve written defenses to the complaint or petition on Plaintiff's attorney, whose name and address are as follows:

**STEPHEN H. HASKINS, ESQUIRE**
**8606 Government Drive**
**New Port Richey, FL 34654**

within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

DATED on    November 13   , 2020.

                Clerk of said Court

                By: _____
                      as Deputy Clerk

## IMPORTANT

A lawsuit has been filed against you. You have twenty (20) calendar days after this Summons is served on you to file a written response to the attached Complaint with the Clerk of the Circuit Court. A telephone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service of the legal aid office (listed in the telephone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail a copy of your written response to the Plaintiff's Attorney named on the Summons.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen ostros requisitos legales. Si lo desea, puede usted consultar a un abogado immediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como Plaintiff's attorney (Demandante a Abogado del Demandante).

## IMPORTANTE

Des poursuites judiciaries ont ete enterprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l=assignation de cette citation pour deposer une reponse ecrite a la plainte cijointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entends votre cause. Si vous ne deposex pa votre response ecrite dans le relai requis, vous argent, et vos biens peuvent estre saisis per la suit, sans aucun preavis requerir les services immediats d=un avocet. Si vous ne connaissez pas d=avocat, vous pourriez telephoner a un service de reference d=avocats ou a un bureau d=assistance juridique (figurant a l=annuaire de telephones).

Si vous choisissez de deposer vous-meme une response ecrite, il vous faundra egalement, en meme temps que cetter formalite, faire parvenir ou expediter une copie de votre response ecrite au APlaintiff's attorney (Plaignant ou a son avocat).

Administrative Order No: C-2010-06-A
Order Regarding Americans with Disabilities Act of 1990

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator at the Office of the Trial Court Administrator, Citrus County Courthouse, 110 North Apopka Avenue, Inverness, Florida 34450, Telephone (352) 341-6700, at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711.